USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HON BUN CHUNG,                                                    :
                                                                 :
                                        Plaintiff,       :          1:26-cv-2551-GHW
                                                                 :
                        -against-                        :          ORDER
                                                                 :
JOSEPH B. EDLOW,                                                  :
                                                                 :
                                        Defendant.       :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated March 31, 2026, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than July 1, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 31, 2026 order forthwith and in any event no later than July 6, 2026.

        SO ORDERED.

Dated:  July 2, 2026
New York, New York                         _____
                                                GREGORY H. WOODS
                                              United States District Judge